# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY O'NEAL EVANS, | : | |
| Plaintiff, | : | |
| vs. | : | CA 20-0484-KD-MU |
| THE CITY OF BAY MINETTE, AL, POLICE DEPARTMENT, et al., | : | |
| | : | |
| Defendants. | | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 19, 2020 (doc. 4) is **ADOPTED** as the opinion of this Court.

**DONE** this 15th day of December 2020.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**